# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00736-CV

**Jennifer Medeiros, Appellant**

**v.**

**Virginio Anthony Medeiros, III, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 425TH JUDICIAL DISTRICT NO. 12-0795-F425, HONORABLE MARK J. SILVERSTONE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Jennifer Medeiros has filed a notice of appeal from the district court's final decree of divorce. In two issues on appeal, Medeiros argues that the district court abused its discretion in rendering judgment on the decree because the evidence is legally and factually insufficient to support the various findings made by the district court. Appellee Virginio Anthony Medeiros, III, has filed a response in which he concedes error. We have reviewed the record and agree with the parties that the evidence is legally and factually insufficient to support the decree. Accordingly, we reverse the judgment of the district court and remand the cause to the district court for further proceedings.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Reversed and Remanded

Filed:   May 1, 2013